IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 01392**-BWB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUL 18 2006

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

GARY ANTHONY COLE, SR., #22707-077

    Plaintiff,

v.

M. PUGH, Warden - C.E.O,
R. HOOD, Warden - C.E.O.,
R. WILEY, Warden - C.E.O.,
D. CALLAHAN, Associate Warden of Programs,
J. BURRELL, Associate Warden of Programs,
C. CHESTER, Associate Warden of Programs,
D. DUNCAN, Associate Warden of Custody,
J. ZUERCHER, Associate Warden of Custody,
L. HUGHTSON, Captain,
H. CHURCH, Captain,
S. ROLLETT, Unit Manager,
T. WERLICH, Unit Manager,
M. COLLINS, Unit Manager,
T. SUDLOW, Case Manager,
S. BEICKER, Case Manager,
R. DERR, Case Manager,
V. SUDLOW, Case Manager,
D. WHITE, Unit Counselor,
R. MADISON, Unit Counselor,
J. ARROYO, Unit Counselor,
W. HAYGOOD, Unit Counselor,
C.B. SYNSVOLL, Supervisory Attorney,
J.D. CROOK, Attorney Advisor,
T. MONTOYA, Attorney Advisor,
D. LOCKE, Attorney Advisor,
B. BRIESCHKE, Attorney Advisor,
J. COOPER, F.C.C. Controller,
D. GALL, Inmate Service Supervisor,
T. GIVENS, I.T.S. Business Officer,
D. CARPENTER, Lieutenant,
M. SOSA, I.T.S. Mailroom Supervisor,

J. YORK, Special Investigative Supervisor Technician,
R. TURNER, Special Investigative Supervisor Technician,
J. CONTRERAS, Special Investigative Supervisor Technician,
J. JOHNSON, Correctional Officer Specialist,
P. SCHAFFER, Correctional Officer Specialist, Now Lieutenant,
L. LEYBA, Doctor/Physician (P.H.D), Clinical Director,
R. BAURR, Health Service Administrative Captain,
B. GREENWOOD, Assistant Health Service Administrator Captain,
H. TRAPP, Nurse Practitioner, Lieutenant,
D. SCHIEFELBEIN, Physician Assistant,
A. OSAGIE, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
S. FICKLE, Health Service Technician,
B. NORBURY, Paramedic,
A. PERRY, Health Systems Specialist,
M. DUNLAP, Disciplinary Hearing Officer, Lieutenant,
L. SMITH, Disciplinary Hearing Officer, Lieutenant,
K. HAWKS-SOYER, Director,
H. LAPPIN, Director,
G.L. HERSHBERGER, Regional Director,
M. NALLEY, Regional Director,
M.S. CRUZ, Associate Warden of Programs,
J. SHARTLE, Associate Warden of Custody,
D. CLARK, Lieutenant,
W. BERRY, Lieutenant,
J. SMITH, Correctional Officer Specialist,
J. VIGIL, Correctional Officer Specialist,
T. GOFF, Correctional Officer Specialist,
UNKNOWN NAME OFFICER'S, Correctional Officers Specialists,
A. WALKER, Physician Assistant, Lieutenant, and
D. KRIST, Speicial Investigative Supervisor Technician, et al

Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Plaintiff Gary A. Cole has submitted a Prisoner Complaint and a Letter to the Court. The document complaint is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiff also has tendered the $350.00 filing

fee. The clerk of the court will be directed to mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, a receipt for full payment of the $350.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 13th day of July, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 01392** -BNB

Gary Anthony Cole
Reg. No. 22707-077
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for the filing fee $350.00** to the above-named individuals on 7-18-06.

GREGORY C. LANGHAM, CLERK

By /s/
Deputy Clerk