# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01392-BNB

GARY ANTHONY COLE, SR.,

    Plaintiff,

v.

M. PUGH, Warden, C.E.O.,
R. HOOD, Warden, C.E.O.,
R. WILEY, Warden, C.E.O.,
D. CALLAHAN, Associate Warden of Programs,
J. BURRELL, Associate Warden of Programs,
C. CHESTER, Associate Warden of Programs,
D. DUNCAN, Associate Warden of Custody,
J. ZUERCHER, Associate Warden of Custody,
L. HUGHTSON, Captain,
H. CHURCH, Captain,
S. ROLLETT, Unit Manager,
T. WERLICH, Unit Manager,
M. COLLINS, Unit Manager,
T. SUDLOW, Case Manager,
S. BEICKER, Case Manager,
R. DERR, Case Manager,
V. SUDLOW, Case Manager,
D. WHITE, Unit Counselor,
R. MADISON, Unit Counselor,
J. ARROYO, Unit Counselor,
W. HAYGOOD, Unit Counselor,
C. B. SYNSVOLL, Supervisory Attorney,
J. D. CROOK, Attorney Advisor,
T. MONTOYA, Attorney Advisor,
D. LOCKE, Attorney Advisor,
B. BRIESCHKE, Attorney Advisor,
J. COOPER, F.C.C. Controller,
D. GALL, Inmate Service Supervisor,
T. GIVENS, I.T.S. Business Officer,
D. CARPENTER, Lieutenant,
M. SOSA, I.T.S. Mailroom Supervisor,
J. YORK, Special Investigative Supervisor Technician,
R. TURNER, Special Investigative Supervisor Technician,
J. CONTRERAS, Special Investigative Supervisor Technician,
J. JOHNSON, Correctional Officer Specialist,

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2006

GREGORY C. LANGHAM
CLERK

P. SCHAFFER, Correctional Officer Specialist, Now Lieutenant,
L. LEYBA, Doctor/Physician (P.H.D), Clinical Director,
R. BAURR, Health Service Administrative Captain,
B. GREENWOOD, Assistant, Health Service Administrator Captain,
H. TRAPP, Nurse Practitioner, Lieutenant,
D. SCHIEFELBEIN, Physician Assistant,
A. OSAGIE, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
S. FICKLE, Health Service Technician,
B. NORBURY, Paramedic,
A. PERRY, Health Systems Specialist,
M. DUNLAP, Disciplinary Hearing Officer, Lieutenant,
L. SMITH, Disciplinary Hearing Officer, Lieutenant,
K. HAWKS-SOYER, Director,
H. LAPPIN, Director,
G. L. HERSHBERGER, Regional Director,
M. NALLEY, Regional Director,
M. S. CRUZ, Associate Warden of Programs,
J. SHARTLE, Associate Warden of Custody,
D. CLARK, Lieutenant,
W. BERRY, Lieutenant,
J. SMITH, Correctional Officer Specialist,
J. VIGIL, Correctional Officer Specialist,
T. GOFF, Correctional Officer Specialist,
UNKNOWN NAME OFFICERS, Correctional Officers Specialists,
A. WALKER, Physician Assistant, Lieutenant, and
D. KRIST, Special Investigative Supervisor Technician, et al.,

    Defendants.

---

## ORDER

---

On September 5, 2006, Plaintiff filed a "Motion for Extention [sic] of Time to File

Amend [sic] Complaint," and a "Motion for Rule Sixty (60)(B) . . . ." The Court will grant

the Motion for Extension of Time.

With respect to the Motion for Rule 60(b), the Motion is nonsensical and will be

denied. Plaintiff is directed to refrain from filing pleadings that are unnecessary and

2

inappropriate.  The only pleading that Plaintiff should file with the Court at this time is the Amended Complaint that the Court directed him to file.

The attachments to Plaintiff's Motion for Extension of Time are unnecessary. The Clerk of the Court will be instructed to return the attachments to Plaintiff, especially those documents that are original copies of grievances.  Accordingly, it is

ORDERED that Plaintiff's Motion for Extension of Time to File Amended Complaint, filed September 5, 2006, is GRANTED.  It is

FURTHER ORDERED that no further extensions will be granted.  It is

FURTHER ORDERED that Plaintiff's Motion for Rule 60(b), filed September 5, 2006, is DENIED.  It is

FURTHER ORDERED that Plaintiff is to refrain from filing nonsensical and inappropriate pleadings with the Court.  It is

FURTHER ORDERED that the only pleading that Plaintiff should file with the Court at this time is an Amended Complaint.  It is

FURTHER ORDERED that Plaintiff shall have thirty days from the date of the instant Order to file an Amended Complaint.  It is

FURTHER ORDERED that if Plaintiff fails to file an Amended Complaint within thirty days the Complaint and action will be dismissed without further notice.  It is

FURTHER ORDERED that Plaintiff's request to file only an original copy of the Amended Complaint is denied.

DATED September 11, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01392-BNB

Gary Anthony Cole
Reg. No.  22707-077
ADX - Florence
PO Box 8500
Florence, CO 81226

        I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9/11/06  .

                                        GREGORY C. LANGHAM, CLERK

                                By: _____
                                              Deputy Clerk