IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01392-ZLW

GARY ANTHONY COLE, SR.,

    Plaintiff,

v.

M. PUGH, Warden, C.E.O.,
R. HOOD, Warden, C.E.O.,
R. WILEY, Warden, C.E.O.,
D. CALLAHAN, Associate Warden of Programs,
J. BURRELL, Associate Warden of Programs,
C. CHESTER, Associate Warden of Programs,
D. DUNCAN, Associate Warden of Custody,
J. ZUERCHER, Associate Warden of Custody,
L. HUGHTSON, Captain,
H. CHURCH, Captain,
S. ROLLETT, Unit Manager,
T. WERLICH, Unit Manager,
M. COLLINS, Unit Manager,
T. SUDLOW, Case Manager,
S. BEICKER, Case Manager,
R. DERR, Case Manager,
V. SUDLOW, Case Manager,
D. WHITE, Unit Counselor,
R. MADISON, Unit Counselor,
J. ARROYO, Unit Counselor,
W. HAYGOOD, Unit Counselor,
C. B. SYNSVOLL, Supervisory Attorney,
J. D. CROOK, Attorney Advisor,
T. MONTOYA, Attorney Advisor,
D. LOCKE, Attorney Advisor,
B. BRIESCHKE, Attorney Advisor,
J. COOPER, F.C.C. Controller,
D. GALL, Inmate Service Supervisor,
T. GIVENS, I.T.S. Business Officer,
D. CARPENTER, Lieutenant,
M. SOSA, I.T.S. Mailroom Supervisor,
J. YORK, Special Investigative Supervisor Technician,
R. TURNER, Special Investigative Supervisor Technician,
J. CONTRERAS, Special Investigative Supervisor Technician,
J. JOHNSON, Correctional Officer Specialist,
P. SCHAFFER, Correctional Officer Specialist, Now Lieutenant,
L. LEYBA, Doctor/Physician (P.H.D), Clinical Director,
R. BAURR, Health Service Administrative Captain,
B. GREENWOOD, Assistant, Health Service Administrator Captain,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2008

GREGORY C. LANGHAM
            CLERK

H. TRAPP, Nurse Practitioner, Lieutenant,
D. SCHIEFELBEIN, Physician Assistant,
A. OSAGIE, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
S. FICKLE, Health Service Technician,
B. NORBURY, Paramedic,
A. PERRY, Health Systems Specialist,
M. DUNLAP, Disciplinary Hearing Officer, Lieutenant,
L. SMITH, Disciplinary Hearing Officer, Lieutenant,
K. HAWKS-SOYER, Director,
H. LAPPIN, Director,
G. L. HERSHBERGER, Regional Director,
M. NALLEY, Regional Director,
M. S. CRUZ, Associate Warden of Programs,
J. SHARTLE, Associate Warden of Custody,
D. CLARK, Lieutenant,
W. BERRY, Lieutenant,
J. SMITH, Correctional Officer Specialist,
J. VIGIL, Correctional Officer Specialist,
T. GOFF, Correctional Officer Specialist,
UNKNOWN NAME OFFICERS, Correctional Officers Specialists,
A. WALKER, Physician Assistant, Lieutenant, and
D. KRIST, Special Investigative Supervisor Technician, et al.,

Defendants

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On February 6, 2008, Plaintiff filed a "Motion for Appointment of Attorney or Counselor". Plaintiff also filed a "Motion . . . for Investigation of Fraud and Corruption," in which he requests that the Court reopen the instant action. Both Motions are DENIED. To the extent Plaintiff, in the Motion for Investigation, again challenges the Court's September 27, 2006, Order and Judgment of Dismissal, the Court disregards the challenges for the same reasons as set forth in the Court's Order Denying Motion to Reconsider filed on November 15, 2006. The Clerk of the Court is directed to return to Plaintiff the ream of attached exhibits.

Dated: February 8, 2008

Copies of this **Minute Order, and Exhibits submitted 2/6/08** were mailed on February 8, 2008, to the following:

Gary Anthony Cole, Sr.
Reg. No. 22707-077
ADX - Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk