IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01392-ZLW

GARY ANTHONY COLE, SR.,

        Plaintiff,

v.

M. PUGH, Warden, C.E.O.,
R. HOOD, Warden, C.E.O.,
R. WILEY, Warden, C.E.O.,
D. CALLAHAN, Associate Warden of Programs,
J. BURRELL, Associate Warden of Programs,
C. CHESTER, Associate Warden of Programs,
D. DUNCAN, Associate Warden of Custody,
J. ZUERCHER, Associate Warden of Custody,
L. HUGHTSON, Captain,
H. CHURCH, Captain,
S. ROLLETT, Unit Manager,
T. WERLICH, Unit Manager,
M. COLLINS, Unit Manager,
T. SUDLOW, Case Manager,
S. BEICKER, Case Manager,
R. DERR, Case Manager,
V. SUDLOW, Case Manager,
D. WHITE, Unit Counselor,
R. MADISON, Unit Counselor,
J. ARROYO, Unit Counselor,
W. HAYGOOD, Unit Counselor,
C.B. SYNSVOLL, Supervisory Attorney,
J.D. CROOK, Attorney Advisor,
T. MONTOYA, Attorney Advisor,
D. LOCKE, Attorney Advisor,
B. BRIESCHKE, Attorney Advisor,
J. COOPER, F.C.C, Controller,
D. GALL, Inmate Service Supervisor,
T. GIVENS, I.T.S. Business Officer,
D. CARPENTER, Lieutenant,
M. SOSA, I.T.S. Mailroom Supervisor,
J. YORK, Special Investigative Supervisor Technician,

R. TURNER, Special Investigative Supervisor Technician,
J. CONTRERAS, Special Investigative Supervisor Technician,
J. JOHNSON, Correctional Officer Specialist,
P. SCHAFFER, Correctional Officer Specialist, Now Lieutenant,
L. LEYBA, Doctor/Physician (P.H.D.), Clinical Director,
R. BAURR, Health Service Administrative Captain,
B. GREENWOOD, Assistant, Health Service Administrator Captain,
H. TRAPP, Nurse Practitioner, Lieutenant,
D. SCHIEFELBEIN, Physician Assistant,
A. OSAGIE, Physician Assistant,
N. GLADBACH, Nurse Practitioner,
S. FICKLE, Heath Service Technician,
B. NORBURY, Paramedic,
A. PERRY, Health Systems Specialist,
M. DUNLAP, Disciplinary Hearing Officer, Lieutenant,
L. SMITH, Disciplinary Hearing Officer, Lieutenant,
K. HAWKS-SOYER, Director,
H. LAPPIN, Director,
G. L. HERSHBERGER, Regional Director,
M. NALLEY, Regional Director,
M.S. CRUZ, Associate Warden of Programs,
J. SHARTLE, Associate Warden of Custody,
D. CLARK, Lieutenant,
W. BERRY, Lieutenant,
J. SMITH, Correctional Officer Specialist,
J. VIGIL, Correctional Officer Specialist,
T. GOFF, Correctional Officer Specialist,
UNKNOWN NAME OFFICERS, Correctional Officers Specialists,
A. WALKER, Physician Assistant, Lieutenant,
D. KRIST, Special Investigative Supervisor Technician, et al.,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

        Plaintiff submitted a Motion For Rule Sixty(60)(b) which is being treated as a Misdirected Notice of Appeal on February 27, 2008 . The court has determined that the document is deficient

as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    <u> X </u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    <u> X </u>   is not submitted
    ___   is missing affidavit
    ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___   is missing required financial information
    ___   is missing an original signature by the prisoner
    ___   is not on proper form (must use the court's current form)
    ___   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this <u> 4 </u> day of <u>            March            </u>, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court